Norma Adriana Grijalva Ruiz
1190 E 17th St apt 268 C
Douglas AZ 85607
(520) 727-1193

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norma Adriana Grijalva Ruiz<br>　　　　　Plaintiff,<br>v.<br>U.S Customs and Border Protection,<br>　　　　　Defendant(s). | CASE NUMBER: **CV20-00104-TUC-RCC**<br><br>**COMPLAINT** |

## Jurisdiction

　　This court has jurisdiction over this matter pursuant to in support of the claim for personal injury, negligence by U.S Customs and Border Protection, and damage to property lost and destroyed which is not economically repairable. §§ . The plaintiff is a resident of Douglas, Cochise County, AZ and a citizen of the United States. The defendant, is a resident of Douglas, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

　　On January 28, 2019 in Douglas Arizona at 3:00 pm I was involved in a head-on crash impact which resulted in personal injury to my children; Zulma Andalon and Jordan Grijalva including myself Norma Grijalva, damage to personal property of my vehicle in complete loss which is not economically repairable. There was negligence on behalf of U.S Customs and Border Protection agents by causing a highspeed pursuit on a residential area and school zone causing public endangerment resulting in the collision I was involved.

## Demand

　　I am requesting compensation for property damage due to economically being unable to repair loss caused by U.S Customs and Border Protection. Relief to personal trauma to my children and self. **Damages: $15,000** Due to my vehicle being totaled, In January of 2019, I have been without a vehicle for one year and two months. My vehicle was used to take my children to school and drive myself to work, I

currently have to use taxi services and have paid out of pocket. The aftermath of the collision resulted in me being out of work for two weeks unpaid putting my economic situation at risk.

Date: 3/12/2020

Signature of Pro Se Plaintiff
Norma Adriana Grijalva Ruiz
1190 E 17th St apt 268 C
Douglas, AZ 85607
(520) 727-1193